IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TRAVIS J. ADAMS, | ) | 4:04CV3208 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| TENNECO AUTOMOTIVE OPERATING COMPANY, | ) | |
| Defendant. | ) | |

Inasmuch as Plaintiff has not accepted remittitur as provided in the court's memorandum and order entered on May 10, 2005 (filing 63),

IT IS ORDERED that:

1. The judgment entered on March 24, 2005 (filing 53), is set aside.

2. A new trial on damages only shall be held on the plaintiff's "retaliation" claim.

3. Plaintiff's counsel shall immediately arrange with Defendant's counsel to jointly contact Kris Leininger, judicial assistant to the undersigned United States District Judge, to schedule a conference call with the undersigned for the purpose of setting a new trial date.

DATED: May 24, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge