IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRAVIS J. ADAMS, | ) | 4:04CV3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| TENNECO AUTOMOTIVE | ) | |
| OPERATING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel, and based upon their suggestion that the retrial on damages[1] can be concluded in one day (including jury selection),

IT IS ORDERED that:

(1) The retrial on damages will be held on Wednesday, September 7, 2005, and the witness list and exhibit list previously relied upon by the parties shall be used for this retrial as well. No other exhibits or witnesses may be used.

(2) Judge Piester shall be provided with a copy of this memorandum and order. He is requested to (a) set no cases for trial on Tuesday, September 6, 2005; and (b) set all other cases for the week of September 5, 2005 on September 7, 2005, but behind this case.

DATED this 26th day of May, 2005.

BY THE COURT:
s/ Richard G. Kopf
United States District Judge

---

[1] I have determined that the retrial of damages will include both components of damage; that is, (1) lost wages and (2) other compensatory damages.